DARRAH FOOD SERVICES, INC. v. LAMBERTVILLE
HOUSE, INC.

October 3, 1985.

Petition for certification denied. (See 202 *N.J.Super.* 447)

FRANKLIN ESTATES, INC., A CORPORATION FOR THE STATE
OF NEW JERSEY v. RENT LEVELING BOARD OF THE
TOWNSHIP OF PISCATAWAY.

October 3, 1985.

Petition for certification denied.

RICHARD E. GOSHEA v. LINCOLN TRANSIT COMPANY.

October 3, 1985.

Petition for certification denied.

JEAN VANCHIERI v. NEW JERSEY SPORTS AND
EXPOSITION AUTHORITY.

October 3, 1985.

Petition for certification granted. (See 201 *N.J.Super.* 34)